IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LATASHA MARTIN                                                               PLAINTIFF

V.                                                           NO. 1:07CV247-B-D

DOLLAR GENERAL CORPORATION, et al.                          DEFENDANTS

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated January, 13, 2009, was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation of the United States Magistrate Judge dated January 13, 2009, is hereby APPROVED and ADOPTED as the opinion of the court;

2) Plaintiff's complaint is DISMISSED without prejudice for failure to prosecute within the meaning of Rule 41(b), Federal Rules of Civil Procedure; and

5) this matter is CLOSED

THIS the 3rd day of April, 2009.

                                                                   */s/ Neal Biggers*
                                                                   **NEAL B. BIGGERS, JR.**
                                                                   **SENIOR U.S. DISTRICT JUDGE**